[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-10786
Non-Argument Calendar
_____

D.C. Docket No. 4:16-cr-00059-LGW-GRS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VINCENT GREEN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(March 28, 2018)

Before ED CARNES, Chief Judge, MARTIN and JILL PRYOR, Circuit Judges.

PER CURIAM:

Jeffrey L. Arnold, appointed counsel for Vincent Green in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). In addition, Green has moved for appointment of new counsel and for an order requiring counsel to provide certain case files and transcripts needed to prepare a response to counsel's *Anders* motion.  Counsel responded to Green's motions, stating that he had sent the requested case files and transcripts to Green.  Green has since filed a response to counsel's *Anders* motion.

Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Green's conviction and sentence are **AFFIRMED**.  Green's motions are **DENIED** as moot.